# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEIKALY & STEWART, P.C., a Michigan Professional Corporation, individually,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN FAIRLEY; THE RAINMAKER INSTITUTE LLC; INSPIRED MARKETING CONCEPTS, INC.; DARRIN MISH, jointly and severally,<br><br>　　　　Defendants.<br>_____<br>THE RAINMAKER INSTITUTE, LLC,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>SEIKALY & STEWART, P.C., a Michigan Professional Corporation, individually,<br><br>　　　　Counterdefendant.<br>_____ | Case No. 2:13-cv-01502-ESW<br><br>**JUDGMENT ON FIRST AMENDED COMPLAINT** |

UPON Consent of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants and against Plaintiff. Each party will bear their own attorney's fees and costs. Plaintiff to take nothing, and the First Amended Complaint and action are dismissed.

DONE IN OPEN COURT this ___ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT