# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seikaly & Stewart PC, | No. CV-13-01502-PHX-ESW |
| Plaintiff, | **JUDGMENT ON FIRST AMENDED COMPLAINT** |
| v. | |
| Stephen Fairley, et al., | |
| Defendants. | |

Upon Consent (Doc. 103) of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED granting the Consent to Entry of Judgment (Doc. 103).

IT IS FURTHER ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants and against Plaintiff. Each party will bear their own attorney's fees and costs. Plaintiff is ordered to take nothing, and the First Amended Complaint and action are dismissed with prejudice.

Dated this 20th day of March, 2015.

_____
Honorable Eileen S. Willett
United States Magistrate Judge